**James R. TACCINO; Jane E. Taccino, Plaintiffs–Appellants,**

v.

**BANK OF AMERICA, Countrywide Home Loans Assignee; Union First Mortgage, a/k/a DAV Law Enterprises, broker for Countrywide, Defendants–Appellees.**

**No. 10–2098.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2011.

Decided: Feb. 28, 2011.

James R. Taccino, Jane E. Taccino, Appellants Pro Se. Glenn Cline, Charles Scott Hirsch, Ballard Spahr, LLP, Baltimore, Maryland; Marc Ominsky, Chaifetz & Coyle, PC, Columbia, Maryland, for Appellees.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Taccino and Jane E. Taccino appeal the district court's order dismissing their civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taccino v. Bank of America*, No. 1:10–cv–00316–JFM (D.Md. Sept. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*